111 F.3d 126
 Paul Danko, Jr., Berta Danko
v.
Uniontown Area School District, Uniontown, Fayette County,
Pennssylvania, Blue Cross/Blue Shield of Western
Pennsylvania, Pittsburgh, Pennsylvania, Educator's Mutual
Life Insurance Company, Lancaster, Pennsylvania,
Pennsylvania State Education Association Harrisburg,
National Education Association, Pennsylvania School
Employers Retirement System, Herbert Margolis, Margolis George & Port
 NO. 96-3379
 United States Court of Appeals,
Third Circuit.
 Mar 07, 1997
 
 Appeal From: W.D.Pa. ,No.9500371 ,
 Standish, J.
 
 
 1
 Affirmed.